1  DAVID D. KIM, Esq.(SBN 279155)
   daviddkimlaw@gmail.com
2  THE LAW OFFICES OF DAVID D. KIM
   2426 W. 8th Street, Suite 103
3  Los Angeles, CA  90057
   Telephone: (213) 219-6010
4  Facsimile:  (213) 380-3239

5  Attorneys for Plaintiffs
   GREG B. KAPLAN and AMALIA KAPLANO
6

7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10                    **WESTERN DIVISION**

11

| | |
|---|---|
| GREG B. KAPLAN and AMALIA KAPLAN,<br><br>                Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., a corporation; NDEX WEST, LLC, a limited liability company; and DOES 1 through 10, Inclusive,<br><br>                Defendants. | Case No. CV14-7559 GAF (SSx)<br><br>(The Honorable Gary A. Feess)<br><br>**ORDER APPROVING JOINT STIPULATION TO:**<br><br>**(1) RESET THE HEARING ON DEFENDANTS WELLS FARGO BANK, N.A., and NDEX WEST, LLC'S MOTION TO DISMISS (DKT. NO. 16);**<br><br>**(2) ALLOW PLAINTIFFS GREG B. KAPLAN AND AMALIA KAPLAN AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' WELLS FARGO BANK, N.A., AND NDEX WEST, LLC MOTION TO DISMISS;**<br><br>**AND**<br><br>**(3) ALLOW DEFENDANTS WELLS FARGO BANK, N.A. AND NDEX WEST, LLC AN EXTENSION OF TIME TO REPLY TO PLAINTIFFS RESPONSE TO DEFENDANTS** |

- 1 -
**ORDER**

**MOTION TO DISMISS**

**ORDER**

Pursuant to the joint stipulation of Defendants Wells Fargo Bank, N.A. , NDEX West, LLC (collectively "Defendants") and Plaintiffs Greg B. Kaplan and Amalia (collectively "Plaintiffs"), and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss (Docket No. 16) shall be continued from December 1, 2014 to Monday December 15, 2014 at 9:30 a.m.

IT IS FURTHER ORDERED that Plaintiffs may have until November 19, 2014 to respond to Defendants' Motion to Dismiss.

IT IS FURTHER ORDERED that Defendants may have until December 1, 2014 to reply to Plaintiffs' response to Defendants' Motion to Dismiss.

DATED: November 7, 2014

_____
The Honorable Gary A. Feess
United States District Judge